UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KINGVISION PAY-PER-VIEW CORP., LTD.,

        Plaintiff,

  -against-

SUGEY JIMENEZ, et al.,

        Defendants.
-----------------------------------------------------------------X

ORDER

03-CV-2171 (NGG)(CLP)

GARAUFIS, District Judge.

On February 24, 2006, after I granted plaintiff's motion for default judgment and referred the matter to Magistrate Judge Cheryl L. Pollack to conduct an inquest on the amount of damages to be awarded, Judge Pollack issued a Report and Recommendation ("R&R") in the above-captioned action recommending that plaintiff be awarded $7,000.00 in damages for which defendants are jointly and severally liable, plus costs in the amount of $220.00 in costs from defendant Jimenez and $265.00 from El Paisa, plus interest from the date of the violation until the date the judgment is paid. No objections to the R&R have been timely filed. This court has reviewed the R&R and is satisfied that there is no clear error on the face of the record. The Clerk of the Court is directed to enter judgment as set forth by Magistrate Judge Pollack and as detailed above.

SO ORDERED.

Dated: March 13, 2006                                   /s/ Nicholas G. Garaufis
      Brooklyn, N.Y.                                 Nicholas G. Garaufis
                                                                 United States District Judge